UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN REED,

Plaintiff,

v.

HOME DEPOT, USA, INC.,

Defendant.

Civil No. 01-1274 ADM/AJB

NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE

---

You are hereby given notice that the Settlement Conference previously scheduled for November 27, 2001 at 9:00 a.m. has been rescheduled to **Thursday, December 20, 2001 at 9:00 a.m.**, in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: 11/14/01

Arthur J. Boylan
United States Magistrate Judge

Filed NOV 14 2001
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______