UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John Reed,

Plaintiff,

v.

Home Depot USA, Inc.,
A Delaware corporation,

Defendant.

Case Type: Employment
Civil File: 01-1274 ADM/AJB

**STIPULATION AND ORDER TO PERMIT PLAINTIFF'S COUNSEL TO WITHDRAW**

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that counsel for the Plaintiff Ann M. I. Mozey is excused from further representation of the Plaintiff John Reed;

Defendant Home Depot has no objection to Attorney Mozey's withdrawal in the above-captioned matter.

Dated:

**HALLELAND LEWIS NILAN SIPKINS & JOHNSON, PA**

By: ______________________
Bradley Betlach, #209806
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4501
Tel (612) 338-1838
Fax (612) 338-7858

ATTORNEY FOR DEFENDANT



FILED JAN 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 12/28/01.

**LAW OFFICES OF ANN M. I. MOZEY**

By: ______________________
Ann M. I. Mozey, #278178
101 Union Plaza Building
333 North Washington Avenue
Minneapolis, MN 55401
Tel: (612) 340-0044
Fax: (612) 340-0190

ATTORNEY FOR PLAINTIFF

**ORDER**

In accordance with the parties' Stipulation and the attached Plaintiff John Reed's Consent to Attorney Withdrawal, IT IS HEREBY ORDERED that Attorney, Ann M. I. Mozey, is hereby excused from further representing Plaintiff John Reed in the above-captioned matter.

Dated: 1/3/02

______________________
ARTHUR J. BOYLAN
Magistrate Judge