**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

John Reed,

Civil No. 01-1274 ADM/AJB

Plaintiff,

v.

**ORDER ON MOTION FOR ENLARGEMENT OF TIME OR A STAY OF PROCEEDINGS**

Home Depot, U.S.A., Inc.,

Defendant.

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's motion for additional time and or stay of proceedings. Hearing was held on June 26, 2002, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Plaintiff John Reed appeared pro se. Bradley J. Betlach, Esq., appeared on behalf of the defendant.

Based upon the file and documents contained therein, along with the motion and arguments of the plaintiff and counsel, **IT IS HEREBY ORDERED** that plaintiff's motion for enlargement of time or stay of the proceedings is **denied**. [Docket No. __]. Plaintiff's motion essentially seeks an extension or modification of the pretrial discovery schedule. Local Rule 16.3(a) provides that such modification of the scheduling order shall not be permitted except upon a showing of good cause for extension or modification. Plaintiff has not made any showing of good cause in this instance and the requested modification is therefore not allowed.

Dated: June 27 2002

Arthur J. Boylan
United States Magistrate Judge

JUN 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK