UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN REED,

Plaintiff,

v.

HOME DEPOT USA, INC.,

Defendant.

Civil No. 01-1274 ADM/AJB

NOTICE OF SCHEDULING CONFERENCE

---

You are hereby given notice that a scheduling conference in the above captioned matter will be held on August 27, 2003 at 3:00 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: 8/11/03

Arthur J. Boylan
United States Magistrate Judge

Filed AUG 12 2003
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______