**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JOHN REED,

Civil No. 01-1274 ADM/AJB

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

HOME DEPOT USA, INC.,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, the following discovery shall govern these proceedings:

Discovery Plan

1. Discovery has previously closed, deadline for completion of discovery was July 1, 2002. The parties have advised the Court that in their opinion no further discovery needs to take place.

Dispositive Motions

1. Defendant has advised the Court that it plans to make a dispositive motion, the following schedule shall apply to the service and filing of the same.

   a. Defendant's initial summary judgment motion shall be served upon the Plaintiff on or before 4:30 p.m. on September 22, 2003.

   b. Plaintiff's response shall be served on the Defendant on or before 4:30 p.m. on October 22, 2003.

   c. Defendant's reply shall be served on or before 4:30 p.m. on October 29, 2003.

4. Said dispositive motion shall filed only after the motion is fully briefed by all parties as set forth herein.

Filed AUG 28 2003
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Trial

This case shall be considered trial ready on February 1, 2004.

Dated: August 28, 2003

Arthur J. Boylan
United States Magistrate Judge

Filed ____________________
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________