**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
FEDERAL COURT BUILDING
316 NORTH ROBERT STREET
ST. PAUL MINNESOTA 55101

MICHAEL E. GANS
Clerk of Court

TELEPHONE
(651) 848-1300

RECEIVED
05 MAR 31 PM 3:13
CLERK, U.S. DIST COURT
ST. PAUL, MN

March 31, 2005

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 04-1813 John Reed vs. Home Depot USA

District Court/Agency Case Number(s): CIV 01-1274 ADM/AJB

Dear Mr. Sletten:

We are returning one volume of transcript as the above-styled appeal has been mandated by the United States Court of Appeals for the Eighth Circuit.

If you have any questions or concerns, please call us.

(5203-010199)

Sincerely,

MICHAEL E. GANS, CLERK

Corrine Zilge

by Corrine Zilge
Deputy Clerk

cyz

Enclosure(s)

SCANNED
APR 05 2005
U.S. DISTRICT COURT MPLS