UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET

RECEIVED
JUN 07 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**DATE:** June 3, 2005

RE: 04-1813 John Reed vs. Home Depot USA

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: 2 vols.and 1 exp. folder

Transcript:

Deposition:

Sealed:

Exhibits:

Other:

[x] Case closed

[ ] Counsel appointed

[ ] Per your request

[ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 01-1274 ADM/AJB

jjf

SCANNED
JUN 07 2005
U.S. DISTRICT COURT MPLS