# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

FILED
MAY 3 1 2005
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

May 24, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
SEP 15 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Re: John Reed
v. Home Depot U.S. A., Inc.
No. 04-10280
(Your No. 04-1813)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 17, 2005 and placed on the docket May 24, 2005 as No. 04-10280.

Sincerely,

William K. Suter, Clerk

by

Sandy Spagnolo
Case Analyst

SCANNED
SEP 15 2005
U.S. DISTRICT COURT MPLS

RECEIVED
MAY 3 1 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 9, 2005

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

RECEIVED
BY MAIL
SEP 15 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Re: 04-1813 John Reed vs. Home Depot USA

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

(5255-010199)

Sincerely,

Michael E. Gans
Clerk of Court

cmd

Enclosure

District Court/Agency Case Number(s): CIV 01-1274 ADM/AJB