**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

MEMORANDUM

RECEIVED
BY MAIL
NOV 02 2005
CLERK US DIST COURT

TO: Mr. Richard Sletten, Clerk

FROM: Michael E. Gans, Clerk of Court

DATE: October 11, 2005

RE: 04-1813 John Reed vs. Home Depot USA

Supreme Court No. 04-10280
District Court/Agency Case Number(s): CIV 01-1274 ADM/AJB

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

cc:

(5403-010199)
cmd

SCANNED
NOV - 2 2005
U.S. DISTRICT COURT MPLS

1960/916

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
OCT 11 2005
MICHAEL GANS
CLERK OF COURT

October 3, 2005

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
NOV 0 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Re: John Reed
v. The Home Depot U.S.A., Inc.
No. 04-10280
(Your No. 04-1813)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk

RECEIVED
U.S. COURT OF APPEALS
EIGHTH CIRCUIT